UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO RICARDO MIRANDA,<br><br>Defendant. | Case No. 3:20-cr-00452-EMC-1   (EJD)<br><br>**ORDER STAYING ORDER OF RELEASE** |

The magistrate judge's order of release (Dkt. No. 32) is stayed pending further order of the Court.

**IT IS SO ORDERED.**

Dated: December 28, 2020

_____
EDWARD J. DAVILA
United States District Judge