DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-6982
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO RICARDO MIRANDA,<br>URIEL SOTO,<br><br>    Defendants. | No. CR20-452 (EMC)<br><br>[~~PROPOSED~~] **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM FEBRUARY 10, 2021 THROUGH MARCH 10, 2021** |

    The parties appeared before the Court on February 10, 2021. The government informed the Court that discovery would be produced to the defendants shortly through the discovery coordinator. The parties agreed to schedule the next status conference on March 10, 2021 in conjunction with the other cases related to this matter.

    The parties stipulated that time should be excluded under the Speedy Trial Act from February 10, 2021 through March 10, 2021 for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The Court directed the government to submit a proposed order.

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth above and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from February 10, 2021 through March 10, 2021, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendants the effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: February 17, 2021

HON. EDWARD M. CHEN
United States District Judge