```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUVENCIO GAMEZ CID, and<br>CRISTIAN ALVARADO,<br><br>    Defendants. | NO. CR-20-0450 (EMC)<br><br>[~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM SEPTEMBER 22, 2021 THROUGH NOVEMBER 17, 2021 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUVENCIO GAMEZ CID, and<br>JOSE ALFREDO VILLALOBOS CISNEROS,<br><br>    Defendants. | NO. CR-20-451 (EMC)<br><br>[~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM SEPTEMBER 22, 2021 THROUGH NOVEMBER 17, 2021 |

[PROPOSED] ORDER                              1                              v. 7/10/2018

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR-20-452 (EMC) |
| 2 | Plaintiff, ) | [PROPOSED] ORDER TO EXCLUDE TIME FROM SEPTEMBER 22, 2021 THROUGH NOVEMBER 17, 2021 |
| 3 | v. ) | |
| 4 | FRANCISCO RICARDO MIRANDA, ) | |
| 5 | Defendant. ) | |

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Case No. CR21-026 (EMC) |
| 11 | Plaintiff, ) | [PROPOSED] ORDER TO EXCLUDE TIME FROM SEPTEMBER 22, 2021 THROUGH NOVEMBER 17, 2021 |
| 12 | v. ) | |
| 13 | RAUDEL MACIAS, BENITO MACIAS, OSCAR MACIAS, and ANTHONY MACIAS ) | |
| 15 | Defendants. ) | |

The parties appeared for a status in the above captioned related cases on September 22, 2021. Defense counsel reported that since the last status, they had met with the government and the discovery coordinator to discuss several issues and that defense counsel had met among themselves several times. Defense counsel have provided specific items they believe may be missing from the government's productions. The government is working to locate those items. Defense counsel requested additional time to review the large volume of discovery provided. The government agreed that additional time for the review of discovery is appropriate. The Court set a further status on November 17, 2021, and the parties agreed that time should be excluded under the Speedy Trial Act until that date.

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth on the record, and those stated above, and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from September 22, 2021 through November 17, 2021 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendants the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS HEREBY ORDERED THAT the time from September 22, 2021 through November 17, 2021 shall be excluded from computation under the Speedy Trial Act.

DATED: September 27, 2021

_____
HON. EDWARD M. CHEN
United States District Judge